```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ MARY L. GRAD
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone: (916) 554-2763
```





JUN - 8 2006

CLERK, U.S. DISTRICT COURT
ERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. **2:06-CR-0240 MCE** |
|---|---|
| Plaintiff, | ) ORDER TO SEAL |
| v. | ) |
| NAVNEET JUDGE, | ) |
| Defendant. | ) |

The Court hereby orders that the Petition of Assistant United States Attorney Mary L. Grad to seal the Indictment, the Indictment, and Order in the above-referenced case shall be sealed until the first arrest of the defendant in this case or until further order of this Court

SO ORDERED.

DATED: 6/8, 2006

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE