**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>NAVNEET JUDGE,<br><br>            Defendant. | Case No.: CR-S-06-0240-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  August 1, 2006<br>TIME:  8:30 a.m.<br><br>Hon. Morrison C. England, Jr. |

    Defendant Navneet Judge, through his attorney Johnny L. Griffin III, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from August 1, 2006 to September 12, 2006 at 8:30 a.m. This continuance is requested because defendant's counsel needs additional time to review CDs and undercover audio-tapes provided in discovery, obtain necessary records, and conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from August 1, 2006 through September 12, 2006, for the defense preparation under 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: July 7, 2006                     Respectfully submitted,

/s/ Mary L. Grad[1]
MARY L. GRAD
Assistant U.S. Attorney

Dated: July 7, 2006                     /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Navneet Judge

**IT IS SO ORDERED.**

Dated:     July 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.