**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-0240-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE:  January 23, 2007 |
| | TIME:  8:30 a.m. |
| NAVNEET JUDGE, | |
| Defendant. | Hon. Morrison C. England, Jr. |

Defendant Navneet Judge, through his attorney Johnny L. Griffin III, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from January 23, 2007 to February 27, 2007 at 8:30 a.m. This continuance is requested because defendant's counsel needs additional time to review CDs and undercover audio-tapes provided in discovery, review business records,  and conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

1

PDF created with pdfFactory trial version www.pdffactory.com

1  For these reasons, the parties stipulate and request that the Court exclude time within
2  which the trial must commence under the Speedy Trial Act from January 23, 2007 through
3  February 27, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local
4  Code T4).

Dated: January 22, 2007            Respectfully submitted,

/s/ Mary L. Grad[1]
MARY L. GRAD
Assistant U.S. Attorney

Dated:  January 22, 2007           /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Navneet Judge

**IT IS SO ORDERED.**

DATED: January 25, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

2

PDF created with pdfFactory trial version www.pdffactory.com