**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NAVNEET JUDGE,<br>　　　　　　Defendant. | Case No.: Cr.S-06-0240-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: March 27, 2007<br>TIME: 8:30 a.m.<br><br>Hon. Morrison C. England, Jr. |

Defendant, by and through their undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from March 27, 2007 to May 1, 2007. [1] This continuance is requested because defendant's counsel needs additional time to advise Defendant of the ramifications of the draft plea

---

[1] The parties have been advised by this Court's Clerk that May 21, 2007 at 8:30 a.m. is an available date and time for a status conference on this matter.

agreement, and provide Defendant with reasonable time to reject or accept the plea agreement.

    For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from March 27, 2007 through May 1, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: March 21, 2007        Respectfully submitted,

        /s/ Mary L. Grad[2]
        MARY L. GRAD
        Assistant U.S. Attorney

Dated: March 21, 2007        /s/ Johnny L. Griffin, III
        JOHNNY L. GRIFFIN, III
        Attorney for Defendant
        NAVNEET JUDGE

**IT IS SO ORDERED.**

**DATED:** March 23, 2007.

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.