**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:06-cr-0240-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| ) | DATE: May 1, 2007 |
| NAVNEET JUDGE ) | TIME: 8:30 a.m. |
| Defendant. ) | |
| ) | Hon. Morrison C. England, Jr. |
| ) | |
| ) | |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from May 1, 2007 to June 28, 2007.[1] This continuance is requested because counsel for Defendant is unavailable because he is in trial on a criminal in-custody homicide jury trial in the case of *People v. Wisdom Ofoe*, Sacramento County Superior Case Number 05F09015.  This case is a Special

---

[1] The parties have been advised by this Court's Clerk that June 28, 2007 at 8:30 a.m. is an available date and time for a status conference on this matter.

Circumstance homicide case in which the defendant has entered a plea of not guilty by reason of insanity.[2] The trial is expected to last approximately five weeks.

For this reason, the parties stipulate and request that the case be continued to June 28, 2007 and that the Court exclude time within which the trial must commence under the Speedy Trial Act from May 1, 2007 through June 28, 2007, because of unavailability of counsel and to allow for defense preparation under 18 U.S.C.§3161(h)(8)(B)(iv)  (Local Code T4).

Dated: April 27, 2007    Respectfully submitted,

/s/ Mary L. Grad[3]
MARY L. GRAD
Assistant U.S. Attorney

Dated: April 27, 2007    /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Navneet Judge

**IT IS SO ORDERED.**

DATED: May 2, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] The Sacramento County District Attorney's Office is not seeking the death Penalty.
[3] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.