**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br> NAVNEET JUDGE<br>            Defendant. | Case No.: 2:06-cr-000240-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  June 14, 2007<br>TIME:  9:00 a.m.<br><br>Hon. Morrison C. England, Jr. |

Defendant, by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby agree and stipulate to continue the status conference in the above captioned case from June 14, 2007 to August 2, 2007 at 9:00 a.m.[1] This continuance is requested because counsel for defendant needs additional time to conduct further investigation, discuss the plea agreement with counsel for the government and engage in settlement negotiations.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from June 12, 2007 through

---

[1] The parties have been advised by this Court's Clerk that August 2, 2007 at 9:00 a.m. is an available date and time for a status conference on this matter.

August 2, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

       Dated: June 12, 2007,       Respectfully submitted,

                                   /s/ Mary L. Grad[2]
                                   MARY L. GRAD
                                   Assistant United States Attorney

       Dated: June 12, 2007        /s/ Johnny L. Griffin, III
                                   JOHNNY L. GRIFFIN, III
                                   Attorney for Defendant
                                   Navneet Judge

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  June 14, 2007

                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE

---

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.