**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00240-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE:  October 11, 2007 |
| NAVNEET JUDGE | TIME:  9:00 a.m. |
| Defendant. | |
| | Hon. Morrison C. England, Jr. |

Defendant, by and through his undersigned counsel, Johnny L. Griffin, III, and the
United States of America, through Assistant United States Attorney Mary L. Grad, hereby
agree and stipulate to continue the status conference in the above captioned case from
October 11, 2007 to November 29, 2007 at 9:00 a.m.[1]  This continuance is requested
because Defendant's counsel is unavailable because he is in trial on a criminal in-custody
four defendant homicide jury trial in the case of *People v. Antonio Minor, et al*, Sacramento
County Superior Case Number 06F02438.  The trial is expected to last approximately until
October 29, 2007.

---

[1] The parties have been advised by this Court's Clerk that November 29, 2007 at 9:00 a.m. is an available date and
time for a status conference on this matter.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from October 11, 2007 through November 29, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated:  October 5, 2007                 Respectfully submitted,

                                        /s/ Mary L. Grad[2]
                                        MARY L. GRAD
                                        Assistant U.S. Attorney

Dated: October 5, 2007                   /s/ Johnny L. Griffin, III
                                        JOHNNY L. GRIFFIN, III
                                        Attorney for Defendant
                                        Navneet Judge

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  October 12, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.