**0LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00240-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE:  August 7, 2008 |
| NAVNEET JUDGE | TIME:  9:00 a.m. |
| Defendant. | Hon. Morrison C. England, Jr. |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby agree and stipulate to continue the status conference in the above captioned case from August 7, 2008 to October 30, 2008 at 9:00 a.m.[1] to allow counsel for Defendant additional time to prepare and discuss resolution with counsel for the Government.

///

///

///

---

[1] The parties have been advised by this Court's Clerk that October 30, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from August 7, 2008 through October 30, 2008 for the defense preparation under 18 U. S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated:  August 5, 2008             Respectfully submitted,

/s/ Mary L. Grad[2]
MARY L. GRAD
Assistant U.S. Attorney

Dated:  August 5, 2008             /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Navneet Judge

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**
**DATED:**  August 7, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.