**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: Cr.S-06-0240-MCE |
| Plaintiff,  ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| vs.  ) | |
| ) | DATE:  October 30, 2008 |
| NAVNEET JUDGE  ) | TIME:  9:00 a.m. |
| Defendant.  ) | |
| ) | Hon. Morrison C. England, Jr. |
| ) | |

   Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby agree and stipulate to continue the status conference in the above captioned case from October 30, 2008 to November 13, 2008 at 9:00 a.m. based on the unavailability of the Court and to allow counsel additional time to discuss resolution.

   For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from October 30, 2008 through November 13, 2008 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

//

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  October 10, 2008               Respectfully submitted,

                                            /s/ Mary L. Grad[1]
                                            MARY L. GRAD
                                            Assistant U.S. Attorney

Dated: October 10, 2008                /s/ Johnny L. Griffin, III
                                            JOHNNY L. GRIFFIN, III
                                            Attorney for Defendant
                                            Navneet Judge

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**DATED:** October 14, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

PDF created with pdfFactory trial version www.pdffactory.com