1 **LAW OFFICES OF JOHNNY L. GRIFFIN III**
  **JOHNNY L. GRIFFIN III  (SBN 118694)**
2 **SILKY SAHNAN (SBN 242850)**
  1010 F STREET, SUITE 200
3 SACRAMENTO, CA 95814
  Telephone: (916) 444-5557
4 Facsimile: (916) 444-5558

5 Attorney for Defendant
  Navneet Judge

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:06-cr-00240-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) | |
| | ) | DATE: November 13, 2008 |
| NAVNEET JUDGE | ) | TIME: 9:00 a.m. |
| Defendant. | ) | |
| | ) | Hon. Morrison C. England, Jr. |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby agree and stipulate to continue the status conference in the above captioned case from November 13, 2008 to January 8, 2009 at 9:00 a.m.[1] to allow counsel for Defendant additional time to prepare and discuss resolution with counsel for the Government.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from November 13, 2008

---

[1] The parties have been advised by this Court's Clerk that January 8, 2009 at 9:00 a.m. is an available date and time for a status conference on this matter.

through January 8, 2009 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated:  November 12, 2008          Respectfully submitted,

/s/ Mary L. Grad[2]
MARY L. GRAD
Assistant U.S. Attorney

Dated: November 12, 2008          /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Navneet Judge

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**DATED:** November 14, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.