```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-00240-MCE |
| Plaintiff, ) | STIPULATION AND ORDER VACATING TRIAL CONFIRMATION AND TRIAL |
| v. ) | |
| NAVNEET JUDGE, ) | |
| Defendant. ) | |

On April 6, 2009, before the Honorable Dale A. Drozd, United States Magistrate Judge, the defendant entered a plea to a Superseding Information charging a violation of Title 21, Section 842 (a)(12)(A) - Retail Sale of More Than 3.6 Grams of Pseudoephedrine. The defendant is scheduled for judgment and sentencing before Judge Drozd on June 16, 2009. As part of the plea agreement, the United States has agreed to dismiss the pending indictment in this case.

///
///
///
///

1

Accordingly, the parties request and stipulate that the dates set for trial confirmation to be held on April 9, 2009 at 9:00 a.m. and the trial to commence on May 4, 2009 at 9:00 a.m. be vacated.

                                LAWRENCE G. BROWN
                                Acting United States Attorney

DATED: April 9, 2009         By  /s/ Mary L. Grad
                                MARY L. GRAD
                                Assistant U.S. Attorney

                                /S/ Johnny L. Griffin III
                                JOHNNY L. GRIFFIN
                                Counsel for Navneet Judge

    IT IS SO ORDERED.

Dated: April 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE