**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-06-0240-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| NAVNEET JUDGE | DATE: June 16, 2009 |
| Defendant. | TIME: 10:00 a.m. |
| | Hon. Dale A. Drozd |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby agree and stipulate to continue judgment and sentencing in the above captioned case from to June 16, 2009 to July 28, 2009 at 10:00 a.m.[1] to allow counsel for Defendant additional time to prepare and discuss resolution with counsel for the Government. . In addition, the parties have agreed to the following schedule:

| Pleading | Deadline |
|---|---|
| Draft PSR Available | June 23, 2009 |
| Informal Objections to PSR | July 7, 2009 |
| Final PSR Filed | July 14, 2009 |

---

[1] The parties have been advised by this Court's Clerk that July 28, 2009 at 10:00 a.m. is an available date and time for judgment and sentencing on this matter.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from June 16, 2009 through July 28, 2009 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated:  May 13, 2009              Respectfully submitted,

/s/ Mary L. Grad[2]
MARY L. GRAD
Assistant U.S. Attorney

Dated: May 13, 2009               /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Navneet Judge

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED:  May 13, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.