**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Navneet Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-06-0240-DAD |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO TERMINATE CONDITIONS OF PRE-TRIAL RELEASE.** |
| vs. | |
| NAVNEET JUDGE, | DATE:  June 17, 2009 |
| Defendant. | Hon. Dale A. Drozd |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby agree and stipulate to terminate Defendant's conditions of pre –trial release.  This stipulation is based on Defendant's exemplary behavior while on supervised pre-trial release and his recent plea to a Class A misdemeanor. Accordingly, the parties request the Court to terminate his conditions of pre-trial release.  Pretrial Services concurs with this request.

////

////

////

////

1  Dated:  June 17, 2009                    Respectfully submitted,

2                                            /s/ Mary L. Grad[1]
                                            MARY L. GRAD
3                                           Assistant U.S. Attorney

4  Dated: June 17, 2009                     /s/ Johnny L. Griffin, III
                                            JOHNNY L. GRIFFIN, III
5                                           Attorney for Defendant
                                            Navneet Judge
6

7                       ORDER

8      **IT IS SO ORDERED.**

9

10 Dated:  June 17, 2009.

11                                         _____
                                           DALE A. DROZD
12                                         UNITED STATES MAGISTRATE JUDGE

13 Ddad1/orders.criminal/judge0240.stipord.amd

---

[1] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.