```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2763
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   Case No. 2:06-cr-0240-MCE
                                   )
12          Plaintiff,             )   MOTION AND ORDER
                                   )   DISMISSING INDICTMENT
13      v.                         )
                                   )
14  NAVNEET JUDGE,                 )
                                   )
15          Defendant.             )
    _____ )
16
```

17      The United States of America, by and through its undersigned
18 attorney, Mary L. Grad, Assistant United States Attorney,
19 respectfully requests that this Court dismiss with prejudice the
20 above-captioned Indictment against defendant Navneet Judge.  In
21 resolution of this case, Mr. Pannu has entered a guilty plea
22 before the Honorable Dale A. Drozd to Superseding Information
23 charging a misdemeanor.
24 ///
25 ///
26 ///
27 ///
28 ///

1  This motion is made pursuant to the provisions of Rule 48(a)
2  of the Federal Rules of Criminal Procedure 48(a).

DATED: August 18, 2009                    LAWRENCE G. BROWN
                                          United States Attorney


                                          By  /s Mary L. Grad
                                            MARY L. GRAD
                                          Assistant U.S. Attorney



                              O R D E R


    It is ordered that the above-captioned Indictment and
Superseding Indictment be and are hereby dismissed with prejudice
against NAVNEET JUDGE.

 Dated: August 18, 2009

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE